THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL DIMINNO, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted January 4, 1939; decided January 18, 1939.

*Daniel DiMinno,* in person, for appellant.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.